UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DAVID C. HANSEN II, | ) |
|     Plaintiff, | ) ) ) |
|     v. | )   Cause No. 2:24-CV-244-PPS ) |
| THE LUTHERAN UNIVERSITY ASSOCIATION, INC. d/b/a VALPARAISO UNIVERSITY, *et al.*, | ) ) ) ) |
|     Defendants. | |

## ORDER

During the telephonic brightline conference held today, the Parties indicated their interest in participating in a settlement conference. Pursuant to Federal Rule of Civil Procedure 72(a), this matter is **REFERRED** to Magistrate Judge Andrew P. Rodovich to conduct a settlement conference within the next 45 days.

As discussed during the telephonic brightline conference, the Plaintiff is **INSTRUCTED** to tender a settlement demand to the Defendants within the next 30 days. If after the settlement demand is made the parties feel a settlement conference is no longer needed, the parties are **INSTRUCTED** to promptly inform Magistrate Judge Rodovich.

**SO ORDERED** on June 10, 2025.

    /s/ Philip P. Simon
    PHILIP P. SIMON, JUDGE
    UNITED STATES DISTRICT COURT