UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DAVID C. HANSEN II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:24-CV-244-PPS |
| ) | |
| THE LUTHERAN UNIVERSITY ) | |
| ASSOCIATION, INC. d/b/a ) | |
| VALPARAISO UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. | |

## ORDER

This matter is before the Court on Plaintiff's Voluntary Motion to Dismiss Count III. [DE 30]. Plaintiff has explained in his motion that following discovery and careful consideration with counsel he has decided to voluntarily dismiss Count III of his complaint with prejudice. [*Id.*]

**ACCORDINGLY**:

Plaintiff's Voluntary Motion to Dismiss Count III [DE 30] is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Count III of Plaintiff's Complaint (Intentional Infliction of Emotional Distress) is hereby **DISMISSED WITH PREJUDICE**. Counts I and II of the complaint remain pending.

**SO ORDERED** on August 14, 2025.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT